IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| THERESA A. MILLSAP, | : | |
| Plaintiff, | | |
| v. | : | Case No. 3:19-cv-197 |
| COMMISSIONER OF SOCIAL SECURITY, | | JUDGE WALTER H. RICE |
| Defendant. | : | |

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (DOC. #14); OVERRULING PLAINTIFF'S OBJECTIONS THERETO (DOC. #15); AFFIRMING COMMISSIONER'S NON-DISABILITY FINDING; JUDGMENT TO ENTER IN FAVOR OF DEFENDANT AND AGAINST PLAINTIFF; TERMINATION ENTRY

On May 27, 2020, United States Magistrate Judge Sharon L. Ovington issued a Report and Recommendations, Doc. #14, recommending that the Court affirm the Commissioner's non-disability finding.  This matter is currently before the Court on Plaintiff's Objections thereto, Doc. #15, and Defendant's Response, Doc. #16.

Based on the reasoning and citations of authority set forth by Magistrate Judge Ovington, as well as upon a thorough *de novo* review of this Court's file and the applicable law, the Court ADOPTS said judicial filing, Doc. #14, and OVERRULES Plaintiff's Objections, Doc. #15.

Magistrate Judge Ovington thoroughly explained why the ALJ's finding—that Plaintiff was not under a disability through her dates last insured—is supported by substantial evidence. During the relevant time period, Plaintiff's subjective complaints of the intensity and persistence of pain were not supported by objective medical evidence and clinical findings. The Court therefore AFFIRMS the Commissioner's non-disability finding.

Judgment shall be entered in favor of Defendant and against Plaintiff.

The captioned case is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

Date: October 26, 2020      *Walter H. Rice*    (tp - per Judge Rice authorization after his review)
WALTER H. RICE
UNITED STATES DISTRICT JUDGE

2